UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOVAK SITE RD/RA PERFORMING PARTIES et al : | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SBC HOLDINGS, INC. et al | : | NO. 13-CV-02266 |
| Defendants. | : | |

## ORDER

For the reasons set forth in the accompanying opinion, it is on this 15th day of July, 2014,

## ORDERED

as follows:

1. Defendants' motion for leave to submit its attorneys' fees and costs in connection with the cancelled depositions of May 7-8, 2014 is **GRANTED.**

    a. Defendants shall submit an affidavit listing their costs and attorneys' fees for the cancelled depositions of May 7-8, 2014.

    b. Defendants shall address in their submission the extent to which their preparation on May 5-6, 2014 foreshortens preparation necessary for the depositions to take place on or before August 15, 2014.

      c.     Any memorandum in support of their application shall not exceed 5 pages in length. Any response shall not exceed 4 pages in length.

2.    Plaintiffs' motion for an extension of the time for discovery, and for an order directing the deposition of certain witnesses, is **GRANTED**, as follows:

      a.     The depositions of Mark Tuttle, John Stroh III, and George E. Kuehn shall be scheduled to take place in Detroit, on or before August 15, 2014.

      b.     To the extent that there are deficiencies in responses to outstanding requests for production, they shall be identified in writing to the responding party on or before July 21, 2014, and remedied on or before August 1, 2014.

      c.     If the parties cannot resolve a dispute about alleged deficiencies, the aggrieved party shall file a motion seeking relief, attaching the specific discovery requests and responses at issue, on or before August 5, 2014.

            1.     Any response shall be filed on or before August 8, 2014.

            2.     The motion and memorandum accompanying the motion, if any, shall not together exceed 5 pages.

            3.     Any responsive memorandum shall not exceed 4 pages.

            4.     There will be no reply permitted.

    5. If either party seeks oral argument they should say so in their written submissions; otherwise the motions will be decided based on the written submissions.

  d. All discovery shall be concluded by Thursday, August 28, 2014.

3. Plaintiffs' motion for an order directing production of documents concerning reserves set aside by the Defendants' Board of Directors is **DENIED** as premature.

  a. If these documents have been requested but not produced, and the parties cannot resolve the issue, Plaintiffs should file a motion as described in paragraph 2(b), above.

    **BY THE COURT:**

    *s/ Richard A. Lloret*_____
    **RICHARD A. LLORET**
    **UNITED STATES MAGISTRATE JUDGE**